UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTINA CHOW,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:17-cv-03117-FVS<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ECF No. 13, 17 |

The parties filed a stipulated motion for remand. ECF No. 17. Attorney D. James Tree represents Plaintiff. Special Assistant U.S. Attorney Catherine Escobar represents Defendant. After consideration,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand (**ECF No. 17**) is **GRANTED.**

2. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree on and the Court ORDERS the following terms:

On remand, the Administrative Law Judge (ALJ) will offer Plaintiff the opportunity for a new hearing and will issue a new decision. The ALJ will obtain medical expert evidence if necessary; reevaluate the medical evidence; reevaluate Plaintiff's subjective allegations of pain and limitations; reassess the Plaintiff's residual functional capacity; and as warranted, obtain additional vocational evidence to reevaluate step five of the sequential evaluation.

3. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d).

4. Plaintiff's motion for summary judgment (**ECF No. 13)** and the hearing and remaining briefing schedule are **vacated** as moot.

The District Court Executive is directed to file this Order and provide copies to counsel. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

DATED February 14, 2018.

                    *s/ Fred Van Sickle*
                    Fred Van Sickle
              Senior United States District Judge