# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

JUSTINA CHOW,

)
)
*Plaintiff* )
v. )  Civil Action No.  1:17-CV-3117-FVS
)
COMMISSIONER OF SOCIAL SECURITY, )

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Feb 14, 2018

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   The parties' Stipulated Motion for Remand (ECF No. 17) is GRANTED.
Plaintiff's motion for summary judgment (ECF No. 13) is vacated as moot.
Judgment is entered in favor of plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge _____ Fred Van Sickle _____ on motion for
Summary Judgment ECF No. 13 and the parties' Stipulated Motion for Remand ECF No. 17.

Date:  February 14, 2018

CLERK OF COURT

SEAN F. McAVOY

s/ Virginia Reisenauer

*(By) Deputy Clerk*

Virginia Reisenauer